IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHRIS A. GRIFFIN, )
)
    Petitioner, )
) Civil Action No. 09-59 Erie
v. )
)
RANDALL BRITTON, et al., )
)
    Respondents. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on April 3, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 14], filed on May 22, 2009, recommended that Petitioner's Petition be dismissed for lack of jurisdiction and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After _de novo_ review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of June, 2009;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED for lack of jurisdiction and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 14] of Magistrate Judge Baxter, filed on May 22, 2009, is adopted as the opinion of the Court.

                                     s/ Sean J. McLaughlin
                                     United States District Judge

cm: All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge